BOATMEN'S FIRST NATIONAL BANK AND TRUST COMPANY, Respondent,

v.

Gilbert DOWDY and Samuel Dowdy, d/b/a Dowdy Construction Company, Appellants.

WD 40616.

Missouri Court of Appeals, Western District.

March 7, 1989.

Motion for Rehearing and/or Transfer to Supreme Court Denied May 2, 1989.

Carl W. Bussey, Kansas City, for appellants.

Martha A. Halvordson, Kansas City, for respondent.

Before KENNEDY, C.J., and SHANGLER and GAITAN, JJ.

ORDER

PER CURIAM

Appeal from an order granting summary judgment to respondent in its case against appellants for conversion of funds.

AFFIRMED. Rule 84.16(b).